IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER P. WONG | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:11-cv-3059 |
| | : | |
| JANET NAPOLITANO, Secretary, | : | |
| U.S. Department of Homeland Security | : | |
| Defendant. | : | |
| | : | |

**ORDER**

**AND NOW**, this 14th day of February, 2012, upon consideration of Defendant's Motion to Dismiss (Doc. No. 3), Plaintiff's Response and Defendant's Reply, and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **GRANTED**, and Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk of Court is directed to mark this action closed for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**